In the Matter of William T. Emmet, Superintendent of Insurance of the State of New York. In the Matter of the Empire State Surety Company.— Motion granted. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Anna T. Koch v. William Fox, Impleaded.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Percy de M. Betts v. Emma M. Betts.— Reargument ordered. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Thomas R. Hart v. John Cort.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Thomas R. Hart v. John Cort.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Joseph J. Jermyn v. Frederick F. Searing and Others.— Motion granted; time to file brief extended to February fifteenth. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Carolina di Prete v. Canavan Brothers Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Elizabeth Goodenough v. Wood Harmon Warranty Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Annie Epstein v. John Wanamaker and Others.— Motion granted by directing the pleadings and notice of appeal to be printed and annexed to the papers when printed by appellant Wanamaker so that both appeals can be heard together. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The John Simmons Company v. Abraham C. Van Rees.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and and Dowling, JJ.

James R. Clarke v. J. Howard Taylor.— Application granted. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

William M. Tompkins v. Interborough Rapid Transit Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

William Farnum v. William H. Harrison.— Application granted. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Moses A. Wiener v. Louis Ross.— Application granted. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

In the Matter of Marie L. Collins and Others v. John McCarthy.— Application granted. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Simon Baer v. Great Eastern Casualty Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.